# UNITED STATES DISTRICT COURT

### MIDDLE DISTRICT OF NORTH CAROLINA

United States of America
        Plaintiff(s)

v.

MARIAN HUDAK
        Defendant(s)

**EXHIBIT AND WITNESS LIST**

Case Number: 1:23-mj-00262-JLW-1

| **Presiding Judge** | | | **Plaintiff's Attorney** | | **Defendant's Attorney** |
|---|---|---|---|---|---|
| Judge Webster | | | JoAnna McFadden, AUSA | | Lisa Costner, AFPD |
| **Hearing Date:** | | | **Court Reporter** | | **Courtroom Deputy** |
| 6/26/2023 | | | Proceedings Recorded | | Donita M. Kemp |
| **PLF. NO.** | **DEF. NO.** | **DATE OFFERED** | **MARKED** | **ADMITTED** | **DESCRIPTION OF EXHIBITS AND WITNESSES** |
| X | | 6/26/2023 | | | FBI Agent, Emilie Franks (witness) |
| 1 | | | 6/26/2023 | 6/26/2023 | photograh |
| 2 | | | 6/26/2023 | 6/26/2023 | photograh |
| 3 | | | 6/26/2023 | 6/26/2023 | photograh |
| 4 | | | 6/26/2023 | 6/26/2023 | photograh |
| 5 | | | 6/26/2023 | 6/26/2023 | photograh |
| 6 | | | 6/26/2023 | 6/26/2023 | photograh |
| 7 | | | 6/26/2023 | 6/26/2023 | photograh |
| 8 | | | 6/26/2023 | 6/26/2023 | photograh |
| 9 | | | 6/26/2023 | 6/26/2023 | photograh |
| 10 | | | 6/26/2023 | 6/26/2023 | photograh |
| 11 | | | 6/26/2023 | 6/26/2023 | photograh |
| 12 | | | 6/26/2023 | 6/26/2023 | photograh |
| 13 | | | 6/26/2023 | 6/26/2023 | photograh |
| 14 | | | 6/26/2023 | 6/26/2023 | photograh |
| 15 | | | 6/26/2023 | 6/26/2023 | photograh |
| 16 | | | 6/26/2023 | 6/26/2023 | photograh |
| 17 | | | 6/26/2023 | 6/26/2023 | photograh |
| 18 | | | 6/26/2023 | 6/26/2023 | photograh |
| 19 | | | 6/26/2023 | 6/26/2023 | photograh |
| 20 | | | 6/26/2023 | 6/26/2023 | photograh |
| 21 | | | 6/26/2023 | 6/26/2023 | photograh |
| 22 | | | 6/26/2023 | 6/26/2023 | photograh |
| 23 | | | 6/26/2023 | 6/26/2023 | photograh |
| 24 | | | 6/26/2023 | 6/26/2023 | photograh |
| 25 | | | 6/26/2023 | 6/26/2023 | photograh |
| 26 | | | 6/26/2023 | 6/26/2023 | photograh |
| 27 | | | 6/26/2023 | 6/26/2023 | photograh |

# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF NORTH CAROLINA

United States of America
              Plaintiff(s)

v.

MARIAN HUDAK
              Defendant(s)

**EXHIBIT AND WITNESS LIST**

Case Number: 1:23-mj-00262-JLW-1

| **Presiding Judge** | | | | **Plaintiff's Attorney** | **Defendant's Attorney** |
|---|---|---|---|---|---|
| Judge Webster | | | | JoAnna McFadden, AUSA | Lisa Costner, AFPD |
| **Hearing Date:** | | | | **Court Reporter** | **Courtroom Deputy** |
| 6/26/2023 | | | | Proceedings Recorded | Donita M. Kemp |
| **PLF. NO.** | **DEF. NO.** | **DATE OFFERED** | **MARKED** | **ADMITTED** | **DESCRIPTION OF EXHIBITS AND WITNESSES** |
| 28 | | | 6/26/2023 | 6/26/2023 | photograph |
| 29 | | | 6/26/2023 | 6/26/2023 | photograph |
| | X | 6/26/2023 | | | Ingrid Michelle Hudak (witness) |